UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAN PETERS,

    Petitioner,

v.                                               CASE NO. 6:11-cv-786-Orl-28DAB
                                                    6:09-cr-82-Orl-28DAB

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

Petitioner's Application for a Certificate of Appealability (Doc. No. 37) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 18 day of April, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-1 4/18
Counsel of Record